UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY COCHRANE,<br><br>  Plaintiff,<br><br>  v.<br><br>RENEE BAKER,<br><br>  Defendant. | CASE NO.: 3:15-CV-00298-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#6[1]) entered on November 4, 2015, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) and Writ Quo Warranto (ECF #1-1) and dismiss this case with prejudice. Plaintiff filed his Objections to Magistrate Judges Report and Recommendation (ECF #7) on November 23, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on November 4, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED with PREJUDICE. The Clerk of the Court shall enter judgment accordingly, and close the case.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.